**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES LEWIS ATKINS, JR., | |
| *Plaintiff,* | 2:09-cv-02054-JCM-GWF |
| vs. | ORDER |
| MED. DEPT. CLARK CO. DETENTION CENTER, *et al.,* | |
| *Defendant*s. | |

The court dismissed the complaint without prejudice for failure to state a claim upon which relief may be granted, subject to leave to amend within thirty days. Plaintiff was informed that a failure to timely mail an amended complaint to the clerk for filing that corrected the deficiencies noted in the order would lead to entry of a final judgment of dismissal. Plaintiff has not filed an amended complaint within the time allowed.

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice.

The clerk of court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED:  February 7, 2011.

_____
JAMES C. MAHAN
United States District Judge